IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLIVIA JACOB,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 11-5843 |
| | : | |
| **ALLIED INTERSTATE, INC.,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 31st day of January, 2012, it having been reported that the issues between the parties in the above action have been settled, and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**